**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Paul E Valencia, | ) | 2:09-cv-01921-FMC-JCx |
| | ) | |
| Plaintiff(s), | ) | DISMISSAL BY COURT FOR FAILURE |
| | ) | TO COMPLY WITH RULE 4(M) OF THE |
| v. | ) | FEDERAL RULES OF CIVIL PROCEDURE |
| | ) | |
| BNC Mortgage Inc et al, | ) | |
| | ) | |
| Defendant(s), | ) | |
| | ) | |

On July 31, 2009, the Court issued an Order to Show Cause re Dismissal. A written response was ordered to be filed no later than August 14, 2009. No response has been filed.

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled cause is dismissed without prejudice for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: August 24, 2009

*Florence-Marie Cooper*

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE